The relief described hereinbelow is SO ORDERED.

SIGNED this 13th day of November, 2025.



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:
    Emily H DeBacker

    Debtor                              Case No: 25-20286-13

### ORDER TO DEBTOR TO PAY THE TRUSTEE

    **WHEREAS,** the Debtor herein has submitted a Plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the Plan;

    **IT IS ORDERED** that the above-named Debtor is hereby ordered and directed, until further order of this Court, to pay the sum of:

**$650.00 Monthly**

**BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:**

W.H. GRIFFIN, TRUSTEE
PO BOX 412573
KANSAS CITY MO 64141-2573

YOU MAY ALSO REMIT PAYMENTS ELECTRONICALLY AT:
https://www.tfsbillpay.com

**BE ADVISED** that if you are paid on a frequency other than monthly the following payment amount will apply:

$150.00 Weekly
$300.00 Bi-Weekly
$325.00 Semi-Monthly

### 

Prepared and Approved By:

s/W.H. GRIFFIN, Chapter 13 Trustee
W.H. GRIFFIN #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com